AO 106A (EDVA Version) (03/20) Application for a Warrant by Telephone or Other Reliable Electronic Means

# UNITED STATES DISTRICT COURT
for the
Eastern District of Virginia



FEB 11 2021

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

In the Matter of the Search of )
*(Briefly describe the property to be searched* )
*or identify the person by name and address)* )    Case No. 3:21SW 10
SUBJECT DEVICE 1, more fully described in Attachment A, and )
located at 1011 Boulder Springs Drive, North Chesterfield, VA )
)

## APPLICATION FOR A WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, a federal law enforcement officer or an attorney for the government, request a search warrant and state under penalty of perjury that I have reason to believe that on the following person or property *(identify the person or describe the property to be searched and give its location):*

Subject Device 1 (Apple iPhone, Model A1660, FCC ID: BCG-E3085A, with a cracked front display screen). See Attachment A

located in the _____ Eastern _____ District of _____ Virginia _____, there is now concealed *(identify the person or describe the property to be seized):*

Subject Device 1 (Apple iPhone, Model A1660, FCC ID: BCG-E3085A, with a cracked front display screen), described in Attachment A, and currently located at 1011 Boulder Springs Drive, North Chesterfield, VA

The basis for the search under Fed. R. Crim. P. 41(c) is *(check one or more):*
☑ evidence of a crime;
☑ contraband, fruits of crime, or other items illegally possessed;
☑ property designed for use, intended for use, or used in committing a crime;
☐ a person to be arrested or a person who is unlawfully restrained.

The search is related to a violation of:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. 922(g)(1) | Possession of Firearms by a Prohibited Person |

The application is based on these facts:
See Affidavit Attached

☑ Continued on the attached sheet.
☐ Delayed notice of _____ days *(give exact ending date if more than 30 days:* _____ *)* is requested under 18 U.S.C. § 3103a, the basis of which is set forth on the attached sheet.

_____
*Applicant's signature*

Reviewed by AUSA/SAUSA
Angela Mastandrea-Miller, AUSA
*Printed name and title*

Jason McClendon, ATF Special Agent
*Printed name and title*

Attested to by the applicant in accordance with the requirements of Fed. R. Crim. P. 4.1 by
_____ Telephone _____ *(specify reliable electronic means).*

Date: _____

City and state: _____ Richmond, Virginia _____

/s/ _____
Elizabeth W. Hanes
United States Magistrate Judge
*Judge's signature*

Hon. Elizabeth Hanes, United States Magistrate Judge
*Printed name and title*