AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means

 Original



FILED

Mar 17 2023

CLERK, U.S. DISTRICT COURT
RICHMOND, VA

# UNITED STATES DISTRICT COURT

for the

Eastern District of Virginia

In the Matter of the Search of
*(Briefly describe the property to be searched
or identify the person by name and address)*
One cellular telephone more fully described in
Attachment A, located at ATF, 1011 Boulder Springs
Drive, North Chesterfield, VA

)
)
)
)
)
)
)

Case No. 3:21sw | 0

## WARRANT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

To:     Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search and seizure
of the following person or property located in the _____ Eastern _____ District of _____ Virginia _____
*(identify the person or describe the property to be searched and give its location)*:

A cellular telephone to wit: Apple iPhone, Model A1660, FCC ID: BCG-E3085A, with a cracked front display screen, described
in Attachment A, and currently located at ATF, 1011 Boulder Springs Drive, North Chesterfield, VA

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property
described above, and that such search will reveal *(identify the person or describe the property to be seized)*:
SEE ATTACHED AFFIDAVIT and Attachment B.

**YOU ARE COMMANDED** to execute this warrant on or before **2/25/2021** *(not to exceed 14 days)*
☐ in the daytime 6:00 a.m. to 10:00 p.m.    ☑ at any time in the day or night because good cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the
person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the
property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory
as required by law and promptly return this warrant and inventory to _____
*(United States Magistrate Judge)*

☐ Pursuant to 18 U.S.C. § 3103a(b), I find that immediate notification may have an adverse result listed in 18 U.S.C.
§ 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose
property, will be searched or seized *(check the appropriate box)*
☐ for _____ days *(not to exceed 30)*   ☐ until, the facts justifying, the later specific date of _____

Date and time issued:   **2/11/2021   4:25 p.m.**

City and state:      Richmond, VA

/s/ _____
Elizabeth W. Hanes
*Judge's signature*
United States Magistrate Judge
Hon. Elizabeth Hanes, United States Magistrate Judge
*Printed name and title*

AO 93C (08/18) Warrant by Telephone or Other Reliable Electronic Means (Page 2)

| Return | | |
|---|---|---|
| Case No.:<br>3:21sw 10 | Date and time warrant executed:<br>2/16/2021      2:05 P.m. | Copy of warrant and inventory left with: |

Inventory made in the presence of :

Inventory of the property taken and name(s) of any person(s) seized:

Extracted data was Stored on a thumb drive and placed into ATF evidence.

**Certification**

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.

Date:   2/24/22

*Executing officer's signature*

Jason McClenden A.T.F.

*Printed name and title*